# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>Ricardo Jefferson | )<br>)<br>)  Case No: 1:09CR10009-001<br>)  USM No: 09473-010 |
| Date of Original Judgment: May 14, 2010<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  William A. McLean<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    X  DENIED.   ☐  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  May 14, 2010  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  26 Sept. 2012

                                     *Judge's signature*

Effective Date: _____
*(if different from order date)*

                         Harry F. Barnes
                         *Printed name and title*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 27 2012

CHRIS R. JOHNSON, Clerk
By _____
    Deputy Clerk